# United States Bankruptcy Court
## Eastern District of Michigan

In re **Jeffrey P. Shinski / Mollie R. Shinski**, Debtor(s)

Case No. **12-42572-M**
Chapter **13**

# ORDER APPROVING POST CONFIRMATION PLAN MODIFICATION FILED ON MARCH 11, 2015

This matter having come before the Court upon the filing of a proposed post confirmation plan modification, notice having been provided and no objections have been filed, it is ordered as follows:

IT IS HEREBY ORDERED Debtors plan payment is decreased from $515.75 bi-weekly to the new amount of **$187.03 bi-weekly**.

IT IS FURTHER ORDERED debtors' plan payments in the amount of $203.02 are hereby excused.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

IT IS SO ORDERED.

**Signed on April 08, 2015**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge